IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LUANN WHITE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 25-00225-KD-N |
| ) | |
| PILOT CATASTROPHE ) | |
| SERVICES, INC., ) | |
|     Defendant. ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated January 12, 2026, (Doc. 16), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant's Partial Motion to Dismiss, (Doc. 9), is **GRANTED in part** and **DENIED in part** as follows:

- Any claim under 42 U.S.C. § 1981 is **DIMISSED without prejudice**;
- Count IV (Hostile Work Environment) is **DIMISSED without prejudice** for failure to state a claim; and
- Defendant's Motion is otherwise **DENIED**.

Plaintiff is also **GRANTED leave** to file an amended complaint consistent with the findings of the Report and Recommendation.

The Court takes notice that Plaintiff filed an amended complaint in response to the Report and Recommendation. (Doc. 17). "An amended pleading supersedes the former pleading" and renders moot a motion to dismiss the former pleading. Pintando v. Miami-Dade Housing Agency, 501 F.3d 1241, 1243 (11th Cir. 2007). However, when "an amendment that cannot be made as of right is served without obtaining the court's leave or the opposing party's consent, it is without

legal effect." 6 Wright & Miller's Federal Practice & Procedure § 1484 (3d ed. 2025). Plaintiff's amended pleading was made without obtaining the Court's leave or the opposing party's consent. Therefore, it is without legal effect and did not moot the motion to dismiss the complaint or the Magistrate Judge's Report and Recommendation. Upon the filing of this order, however, the Amended Complaint, (Doc. 17), is **DEEMED** legally effective. Therefore, the Amended Complaint, (Doc. 17), is now the operative complaint.

      **DONE** and **ORDERED** this **2nd day of February 2026.**

                                 /s/Kristi K. DuBose
                                 **KRISTI K. DuBOSE**
                                 **UNITED STATES DISTRICT JUDGE**